JS-6

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ANGEL GARCIA, | Case No. 2:25-cv-05732-AB (JCx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CIVIL ACTION** |
| WILLIAM L. MOUSSEAU D/B/A B & B AUTO ELECTRIC; VIA DEL MAR, LLC; and DOES 1 to 10, | |
| Defendants. | |

16

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 14, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE